**1040**

**STATE of Maine**

v.

**Raymond P. CORRIVEAU.**

Supreme Judicial Court of Maine.

Argued Sept. 16, 1988.
Decided Sept. 30, 1988.

David W. Crook, Dist. Atty., Alan P. Kelley (orally) Asst. Dist. Atty., Augusta, for plaintiff.

Peter B. Bickerman (orally), David M. Lipman, Lipman & Katz, Augusta, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Raymond P. Corriveau appeals his conviction after a jury trial in Superior Court (Kennebec County; *Alexander, J.*) on two counts of Class C unlawful sexual contact with a minor. 17–A M.R.S.A. § 255(1)(C) (Supp.1987). Viewing the charge to the jury as a whole, we find no error, let alone "obvious" prejudicial error, in two instructions to which Corriveau objects for the first time on appeal. Contrary to Corriveau's contention, the record reveals no abuse of discretion in the presiding justice's overruling of his general objection to one of the State's cross-examination questions. M.R.Evid. 403, 611. *See State v. Doughty*, 399 A.2d 1319, 1323 (Me.1979).

The entry is: Judgment affirmed.

All concurring.